**IT IS ORDERED**

**Date Entered on Docket: March 9, 2021**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEW MEXICO

IN RE:

**Jack D. Pickel fdba Officer of Alameda Land Investment Corporation dba Sole member Alameda Virgin Islands Company LLC fdba Manager/Member P.O.S.T. Land Ltd. Company dba Officer of Club Comanche, Inc. dba J. Pickel & Company, Inc.**

        **Debtor(s)**                      **Case No. 12-13262-TA11**

### DEFAULT ORDER GRANTING RELIEF FROM STAY
### OF PROPERTY LOCATED AT 315 Judith's Fancy, St. Croix, VI 00820

This matter came before the Court on the Motion for Relief from Stay filed on 12/31/2020, Docket No. 304, (the "Motion") by MTGLQ Investors, L.P. ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

    (a)    On 02/01/2021, Movant served the Motion and notice of the Motion (the "Notice") on counsel of record for Debtor(s), Jack D. Pickel, and the case trustee, United States Trustee, (the "Trustee") by use of the Court's case management and electronic

filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtor(s) and US Trustee by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

    (b)    The Motion relates to the following property:

        315 Judith's Fancy
        St. Croix, VI 00820

    (c)    The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

    (d)    The Notice was sufficient in form and content;

    (e)    The objection deadline expired on 02/25/2021.

    (f)    As of 2/26/2021, neither the Debtor(s) nor the Trustee, nor any other party in interest, filed an objection to the Motion;

    (g)    The Motion is well taken and should be granted as provided herein; and

    (h)    By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that on 02/26/2021 McCarthy & Holthus, LLP searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that the DMDC does not possess any information indicating that the Debtor(s) is(are) currently on active military duty of the United States.

**IT IS THEREFORE ORDERED:**

    1.    Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

    (a)    To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security

agreements, and/or other agreements to which Debtor is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtor(s) or the Property, or both, in any court of competent jurisdiction; and

    (b)    To exercise any other right or remedy available to them under law or equity with respect to the Property.

    2.    The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtor(s), although the Debtor(s) can be named as a defendant in litigation to obtain an *in rem* judgment or to repossess the Property in accordance with applicable non-bankruptcy law, unless this matter is dismissed or Debtor(s) otherwise do not receive a discharge of this debt.

    3.    This Order does not waive Movant's claim against the estate for any deficiency owed by the Debtor(s) after any foreclosure sale or other disposition of the Property. Movant may file an amended proof of claim in this bankruptcy case within 30 days after a foreclosure sale of the Property, should it claim that Debtor(s) owe(s) any amount after the sale of the Property.

    4.    This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

    5.    This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

    6.    Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtor(s) and to enter into a loan modification with the Debtor(s).

###END OF ORDER###

RESPECTFULLY SUBMITTED BY:

**/s/ Jason Bousliman**
**McCarthy & Holthus, LLP**
**Jason Bousliman, Esq.**
**Attorneys for Movant,**
**6501 Eagle Rock NE, Suite A-3**
**Albuquerque, NM 87113**
**(505) 219-4900**
**/s/ submitted electronically 2/26/2021**
**jbousliman@mccarthyholthus.com**

Copies to:

**DEBTOR**
Jack D. Pickel
c/o Club Comanche
1101 Strand Street, Ste. 1
Christiansted, VI 00820

**DEBTOR(S) COUNSEL**
Daniel J Behles
dan@behles.com

**CASE TRUSTEE**
United States Trustee
ustpregion20.aq.ecf@usdoj.gov

**US TRUSTEE**
PO Box 608
Albuquerque, NM 87103-0608

**SPECIAL NOTICE(S)**
A+ Realty Services
A+ Realty Services
1044 Mechem Dr.
Ruidoso, NM 88345

Appleglen Investor, LLP
Appleglen Investor, LLP
c/o Donovan Hamm, Esq.
5030 Anchor Way

Christiansted, VI 00820

Appleglen Investor, LP
Appleglen Investor, LP
c/o Atty Daniel J. Skekloff
110 W. Berry Street, Suite 2202
Fort Wayne, IN 46802

AT&T
AT&T
P.O. Box 105068
Atlanta, GA 30348

Bank of America
Bank of America
P.O. Box 15019
Wilmington, DE 19820

Bank of the Rio Grande
Bank of the Rio Grande
421 N. Water St.
Las Cruces, NM 88001

Bank of the Rio Grande, N.A.
Bank of the Rio Grande, N.A.
c/o Atty James A. Roggow
PO Drawer 1837
Las Cruces, NM 88004

BuyRuidoso.com
BuyRuidoso.com
2927 Sudderth Dr.
Ruidoso, NM 88345

CenturyLink
CenturyLink
PO Box 29040
Phoenix, AZ 85038

Chase Bank
Chase Bank
c/o United Recovery Systems
5800 N, Course Dr.
Houston, TX 77072

City Bank New Mexico

City Bank New Mexico
1096 Mechem Dr., Suite 103
Ruidoso, NM 88345

City Bank New Mexico
City Bank New Mexico
c/o Arland & Associates, LLC
201 Third Street NW, Suite 505
Albuquerque, NM 87102

Club Comanche, Inc.
Club Comanche, Inc.
c/o Robert Waldman
P.O. Box 2288
Albuquerque, NM 87103

Elan
Elan
c/o SIMM Associates
800 Pencader Dr.
Newark, DE 19702

EOS CCA
EOS CCA
PO Box 296
Norwell, MA 02061

Estates of Judith's Fancy Owners Assoc.
Estates of Judith's Fancy Owners Assoc.
4048 Estate Judith's Fancy
Christiansted, VI 00820

Farm Bureau Bank
Farm Bureau Bank
Card Services
P.O. Box 13337
Philadelphia, PA 19101

FIA CARD SERVICES, N.A.
FIA CARD SERVICES, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Flagstar Bank
Attn: Managing Agent

5151 Corporate Dr
Troy, MI 48098

Green Tree Servicing LLC
Green Tree Servicing LLC
c/o Green Tree Servicing LLC
P.O. Box 94710
Palatine, IL 60094

HSBC Bank USA N.A.
HSBC Bank USA N.A.
Rose Little Brand & Associates, P.C.
7430 Washington St NE
Albuquerque, NM 87109

HSBC Bank USA, N.A.
HSBC Bank USA, N.A.
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Internal Revenue Service
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Internal Revenue Service
c/o Manuel Lucero, Asst. US Atty
PO Box 607
Albuquerque, NM 87103

James Roggow
James Roggow
P.O. Drawer 1837
Las Cruces, NM 88004

Joel Newton
1020 S. Main Street
Las Cruces, NM 88005

K. Glenda Cameron
K. Glenda Cameron
1101 King Street
Christiansted, VI 00820

KEYSTONE RECOVERY PARTNERS LLC, SERIES A
KEYSTONE RECOVERY PARTNERS LLC, SERIES A
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

KEYSTONE RECOVERY PARTNERS, SERIES II
KEYSTONE RECOVERY PARTNERS, SERIES II
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Lee Griffith, Esq.
Lee Griffith, Esq.
1044 Mechen Dr.
Ruidso, NM 88345

Mary & Derryk Boehm
Mary & Derryk Boehm
c/o Eszart A. Wynter, Sr.
27 Whim
Frederiksted, VI 00840

NCB Management Services
NCB Management Services
P.O. Box 1099
Langhorne, PA 19047

NCO Financial Systems
NCO Financial Systems
P.O. Box 15618, Dept. 58
Wilmington, DE 19850

New Mexico Taxation & Revenue Dept.
New Mexico Taxation & Revenue Dept.
Attn: Bankruptcy
P.O. Box 8575
Albuquerque, NM 87198

Nicholas Brainard
Nicholas Brainard
c/o The Furth Law Firm
780 S. Walnut, Bldg. 5
Las Cruces, NM 88001

Northstar Location Services, LLC
Northstar Location Services, LLC
4285 Genesee St.
Buffalo, NY 14225

Ocwen Loan Servicing
Ocwen Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416

PC Landscaping
PC Landscaping
P.O. Box 2011
Frederiksted, VI 00841

Sanchez, Mowrer & Desiderio, P.C.
Sanchez, Mowrer & Desiderio, P.C.
P.O. Box 1966
Albuquerque, NM 87103

Seascape Pool Center, Inc.
Seascape Pool Center, Inc.
2014-17 Old Hospital Ground, Suite 6
Christiansted, VI 00820

Securities & Exchange Commission
Securities & Exchange Commission
Attn: Reorganization
1801 California St Ste 4800
Denver, CO 80202

Stephen Swaim
Stephen Swaim
Pickett law Firm
P.O. Box 1239
Las Cruces, NM 88004

Taxation and Revenue Department of the State
Taxation and Revenue Department of the State
PO Box 8575
Albuquerque, NM 87198

Tim & Molly Kraft
Tim & Molly Kraft
c/o Joel Newton, Esq.
600 Montana Ave. #A

File No. NM-14-98369
Order, Case No. 12-13262-TA11

Case 12-13262-t11    Doc 306    Filed 03/09/21    Entered 03/09/21 15:11:28 Page 10 of 12

Las Cruces, NM 88001

Tim and Molly Kraft
Tim and Molly Kraft
c/o Joel T. Newton
1020 S. Main Street
Las Cruces, NM 88005

Tim and Molly Kraft
Tim and Molly Kraft
c/o Joel T. Newton, Esq.
1020 S. Main Street
Las Cruces, NM 88005

Verizon
Attn: .
Po Box 660108
Dallas, TX 75266

VERIZON WIRELESS
VERIZON WIRELESS
PO BOX 3397
Bloomington, IL 61702

Virgin Islands Bureau of Internal Rev.
Virgin Islands Bureau of Internal Rev.
4008 Estate Diamond Plot 7-B
Christiansted, VI 00820

Virgin Islands Bureau of Internal Revenue
Virgin Islands Bureau of Internal Revenue
6115 Estate Smith Bay - Suite 230
St. Thomas, VI 00802

**SPECIAL NOTICE**
Ben Furth
benfurth64@yahoo.com

Christopher M Gatton
chris@giddenslaw.com

Daniel Andrew White
dwhite@askewmazelfirm.com

David N. Hernandez

dnhnm@yahoo.com

James C Jacobsen
jjacobsen@nmag.gov

Jeannette M. Whittaker
jeannette.whittaker@gmlaw.com

Linda S Bloom
lbloomster@gmail.com

Martial Webster, Sr.
attywebster@hotmail.com

Mary Boehm
maryboehm@ymail.com

Matthew Allen Silverman
matthew.silverman@azag.gov

William J Arland, III
warland@thearlandlawfirm.com